**EXHIBIT A**



WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | CAVALRY SPV I, LLC | File Number | 03444384 |
| Status | ACTIVE | On | 01/29/2015 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 02/14/2011 | Jurisdiction | DE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 02/14/2011 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 500 SUMMIT LAKE DR #400 VALHALLA, NY 105951340 |
| Agent City | CHICAGO | Management Type | MBR  View |
| Agent Zip | 60604 | Duration | PERPETUAL |
| Annual Report Filing Date | 01/29/2015 | For Year | 2015 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**EXHIBIT B**



Illinois Department of Financial and Professional Regulation

# **Lookup Detail View**

Contact

| Name | City/State/Zip | DBA/AKA |
|------|----------------|---------|
| CAVALRY SPV I LLC | Valhalla, NY 10595-2321 | |

Contact Information

License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|----------------|-------------|--------|----------------------|----------------|-----------------|------------------|
| 017021627 | LICENSED COLLECTION AGENCY | ACTIVE | 05/29/2012 | 04/22/2015 | 05/31/2018 | N |

License Information

Generated on:  12/9/2015 3:52:17 PM

**EXHIBIT C**

EXHIBIT C



WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## LLC FILE DETAIL REPORT

| Entity Name | CAVALRY PORTFOLIO SERVICES, LLC | File Number | 00751626 |
|---|---|---|---|
| Status | ACTIVE | On | 06/24/2015 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 07/29/2002 | Jurisdiction | DE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 07/29/2002 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 4050 E COTTON CTR BLDG 2 STE20 PHOENIX, AZ 85040 |
| Agent City | CHICAGO | Management Type | MGR  View |
| Agent Zip | 60604 | Duration | PERPETUAL |
| Annual Report Filing Date | 06/24/2015 | For Year | 2015 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**EXHIBIT D**



Illinois Department of Financial and Professional Regulation

# **Lookup Detail View**

Contact

| Name | City/State/Zip | DBA/AKA |
|------|----------------|---------|
| CAVALRY PORTFOLIO SERVICES LLC | PHOENIX, AZ 85040 | |

Contact Information

License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|----------------|-------------|--------|---------------------|----------------|-----------------|------------------|
| 017020762 | LICENSED COLLECTION AGENCY | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |

License Information

Other Licenses

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|----------------|-------------|--------|---------------------|----------------|-----------------|------------------|
| 009000914 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |
| 009000912 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |
| 009000913 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |

Other Licenses

Generated on: 12/9/2015 3:54:30 PM

**EXHIBIT E**



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | LAW OFFICE OF KEITH S. SHINDLER, LTD. | **File Number** | 58700649 |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 02/01/1996 | **State** | ILLINOIS |
| **Agent Name** | KEITH SHINDLER | **Agent Change Date** | 12/12/2011 |
| **Agent Street Address** | 1990 E ALGONQUIN RD STE 180 | **President Name & Address** | KEITH SHINDLER 1990 E ALGONQUIN RD SCHAUMBURG IL 60173 |
| **Agent City** | SCHAUMBURG | **Secretary Name & Address** | SAME AS ABOVE |
| **Agent Zip** | 60173 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 01/27/2015 | **For Year** | 2015 |
| **Assumed Name** | ACTIVE - THE SHINDLER LAW FIRM<br>INACTIVE - OFICINA DE ABOGADO SU AMIGO<br>INACTIVE - OFICINA LEGAL<br>ACTIVE - SHINDLER AND JOYCE | | |

Return to the Search Screen

Select Certificate of Good Standing for Purchase

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**EXHIBIT F**

329864

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FOURTH MUNICIPAL DISTRICT

| | | |
|---|---|---|
| Cavalry SPV I, LLC, as successor to Washington Mutual Bank | ) | CONTRACT |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | NO. _____ |
| vs. | ) | |
| | ) | Return Date: _____ |
| GERMAN LUNA JR | ) | APR 27 2015 |
| | ) | |
| Defendant. | ) | Amount Claimed: $7,657.36 plus court costs |

**S U M M O N S**

Please Serve GERMAN LUNA JR At:
1400 S 61ST CT
CICERO, IL 60804-1048

To each Defendant - YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in 1500 Maybrook Drive, Room 236, Maywood, Illinois 60153 on _____ between the hours of 8:30 a.m. and 2:30 p.m.
    2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT below.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF IS ATTACHED HERETO.
To the Officer: This SUMMONS must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this SUMMONS shall be returned so endorsed. This SUMMONS may not be served later than 3 days before Return date.

THERE WILL BE A FEE TO FILE YOUR
APPEARANCE, IF $1,500 OR LESS FEE WILL
BE $176.00, OVER $1,500 FEE WILL BE $186.00,
OVER $15,000 FEE IS $206.00

WITNESS ............................... MAR 10 2015

..........DOROTHY BROWN...............................
CLERK OF COURT

Date of service ...................................
(to be inserted by officer on copy left with person served)

****NOTICE TO DEFENDANT****

1. This case will not be heard on the Return Date. If you have filed your appearance or answer, you need not appear on return date.
2. If the complaint is notarized, your answer must be notarized.
3. On the day for appearance specified above the following will occur:
a. If you have not obeyed this SUMMONS, a judgment or an order of default will be entered against you. Judgment is entered only if the amount claimed is liquidated, the complaint is notarized
b. If you are sued for $10,000 or less you need not file an answer. Your case will be assigned for trial on the 14th day after the Return Date at 9:30 a.m. in a courtroom designated by the Presiding Judge.
c. If you are sued for more than $10,000 you must file your appearance on or before the Return Date. In addition, you must file your answer on the Return Date or within 10 days thereafter. On the Return Date if no jury demand is filed your case will be set for trial 63 days after the Return Date in a designated courtroom. On the Return Date if Jury Demand is filed your case will be assigned to a jury calendar
4. A late appearance or answer will not relieve you from a judgment or default except by court order.

    #27053 THE SHINDLER LAW FIRM, 1990 E. Algonquin Rd, Suite 180, Schaumburg, IL 60173    847-537-1000



*Q329864A6--1-*

329864

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FOURTH MUNICIPAL DISTRICT

| | )
Cavalry SPV I, LLC, as successor to Washington Mutual Bank, | )
    Plaintiff, | )
 | ) No.
vs. | )
 | ) Return Date: **MAR 2 0 2015**
GERMAN LUNA JR, | )
 | ) **APR 2 7 2015**
    Defendant. | ) Amount Claimed: $7,657.36, Plus court Costs

### SMALL CLAIMS COMPLAINT

NOW COMES the Plaintiff, Cavalry SPV I, LLC, as successor to Washington Mutual Bank, by and through their attorneys, Law Office of Keith S. Shindler, Ltd., and complaining of the Defendant(s), states as follows:

1. The Defendant(s) GERMAN LUNA JR, opened a credit card or line of credit account on 04/01/2003 whereby Defendant(s) received a credit card or line of credit and could charge goods and services to their account and receive cash advances.

2. The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due in the amount of $7,657.36.

3 For valuable consideration, Cavalry SPV I, LLC, as successor to Washington Mutual Bank is the assignee and bona fide owner of all right title and interest to defendant's account.

4. Due demand has been made on the Defendant(s) to pay the amount(s) due and owing and the Defendant(s) has failed to do so.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s) for $7,657.36 plus court costs.

LAW OFFICE OF KEITH S. SHINDLER, LTD
1990 E. Algonquin Rd Suite 180
Schaumburg, IL 60173
(847) 537-1000
Cook County #: 27053
DuPage County#: 21020
# #: 6202882

__ Keith Shindler # 6202882
✗ Michael Joyce # 6298460
__ Evelina Maziarz # 6309634
__ Jeffrey Miszczyszyn # 6290259
__ Keith Barnstein # 6299044

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
WILL BE USED FOR THAT PURPOSE.



**AFFIDAVIT OF CLAIM**

STATE OF NEW YORK )
                             ) SS

COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as successor to Washington Mutual Bank

vs.

GERMAN LUNA JR

I, William Rodriguez, being duly sworn on oath, depose and say:

1. I am employed by Cavalry Portfolio Services, LLC ("CPS").   CPS performs collection services for Cavalry SPV I, LLC ("Plaintiff"). I am an authorized agent for Plaintiff and am a competent person more than eighteen years of age.   I am authorized to make this affidavit for Plaintiff.

2. I am familiar with the manner and method by which CPS and Plaintiff create and maintain business records pertaining to the Account as defined below.

3. In the normal course of business, CPS and Plaintiff maintain computerized account records and documents for account holders.   CPS and Plaintiff maintain such records in the ordinary and routine course of business and it is their regular business practice to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence.

4. I have access to and have reviewed the applicable records of CPS and Plaintiff as they relate to the Account, and I make this Affidavit based upon information from that review.   Information contained in those records reflects the following:

    a.   That the Account was purchased by Cavalry SPV I, LLC on or about 07/02/2013.   The original creditor is Washington Mutual Bank.

    b.   That the Defendant, GERMAN LUNA JR,   the account holder(s), opened an account on 04/01/2003, which account was charged off on 04/30/2008 (the "Account").

    c.   That as of 12/10/2014, the records of CPS and Plaintiff show that the defendant owed a balance of $7,657.36.

    d.   That the Defendant is not an infant or incompetent.

5. Based on a review of the Department of Defense database, the Defendant is not a member of the United States Armed Forces who would be entitled to stay relief.

6. I certify under oath that to the best of my knowledge the above statements are true and correct.

Subscribed and sworn to before me on 01/06/2015

_____
Legal Administrator

IL-Law Office of Keith Shindler, Lt
18631297

_____
Notary Public, State of New York

Eddy Martinez
Notary Public - State of New York
No. 01MA6268052
Qualified in Westchester County
Commission Expires August 27, 2016

**EXHIBIT G**

File# 329864
MEMORANDUM OF JUDGMENT

**IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS**

Cavalry SPV I, LLC, as successor to Washington Mutual Bank,
      Plaintiff,

    vs.

GERMAN LUNA  JR,
Defendant

No.:     15-M4-001257

## MEMORANDUM OF JUDGMENT

On 04/27/2015 a judgment was entered in this court in favor of Plaintiff, Cavalry SPV I,

LLC, as successor to Washington Mutual Bank and against Defendant, GERMAN LUNA  JR,

whose address is 1400 S 61ST CT , CICERO, IL 60804-1048 in the amount of $7657.36 plus

costs.

                                           Judge

PIN#
Prepared By and Return to:
The Shindler Law Firm
Attorney for Plaintiff
1990 E. Algonquin Rd., Suite 180
Schaumburg, IL 60173
(847) 537-1000

**PURSUANT TO THE FAIR DEBT COLLECTION AND PRACTICE ACT YOU ARE
ADVISED THAT THE LAW OFFICE OF KEITH S. SHINDLER, LTD. IS TO BE
DEEMED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



*Q 3 2 9 8 6 4 R M 0 J 1 - *

329864

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FOURTH MUNICIPAL DISTRICT

Cavalry SPV I, LLC, as successor to Washington Mutual
Bank
    Plaintiff (s)                )
        Vs.                   )
                            )   No. 15-M4-001257
GERMAN LUNA JR            )   THIS IS AN ATTEMPT TO COLLECT A
                          )   DEBT. ANY INFORMATION OBTAINED
    Defendant(s)          )   WILL BE USED FOR THAT PURPOSE.

**ORDER**

PRESENT BEFORE COURT: ____ PLAINTIFF __X__ PLAINTIFF'S COUNSEL ____ DEFENDANT ____ DEFENDANT'S COUNSEL

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised, IT IS HEREBY ORDERED that:

4957 ____   MOTION TO VACATE DWP of _____ is GRANTED
5957 ____                          _____ is DENIED
4957 ____   MOTION TO VACATE DEFAULT JUDGMENT OF _____ is GRANTED, AND.
4482 ____   THIS CAUSE IS SET FOR TRIAL ON _____ AT 09:30AM IN ROOM 111.
4957 ____   THIS CAUSE IS SET FOR STATUS ON _____ AT 09:30AM IN ROOM 111 as to status of
           Defendant's BK_____ status as to Settlement_____ Final Status_____. Return Date_____ /2015.
4257 ____   THIS CAUSE IS SET FOR PROVE-UP ON _____ AT 09:30AM IN ROOM 111 Plaintiff to
           produce _____ proof of service ____ Bill of Sale ____ Military service aff
( ) ____   MOTION TO/FOR _____ IS CONTINUED
( ) ____   FOR HEARING AT _____ P.M. ON _____ IN ROOM 111.
4213 ____   ALIAS SUMMONS TO ISSUE FOR GERMAN LUNA JR. Et al.
4292 ____   FILE AMENDED COMPLAINT VERSUS _____.
4232 ____   ANSWER OR OTHERWISE PLEAD WITHIN _____ DAYS.
8011 ____   CASE DISMISSED/NO COSTS,
           [ ] WITHOUT PREJUDICE WITH LEAVE TO REINSTATE AND ENTER JUDGMENT UPON DEFAULT OF
           PAYMENT PLAN FOR THE FULL AMOUNT CLAIMED IN THE ORIGINAL COMPLAINT MINUS CREDIT FOR
           PAYMENTS MADE
           [ ] WITHOUT PREJUDICE WITH LEAVE TO RE-FILE ____ BK 7 ____ BK 13
           [ ] WITH PREJUDICE
4219 ____   X-PARTE DEFAULT JUDGMENT IN FAVOR OF Cavalry SPV I, LLC, as successor to Washington Mutual Bank AND
           AGAINST GERMAN LUNA JR & FOR $7,657.36 PLUS
4293 ____   COSTS VERSUS ____ GERMAN LUNA JR & ____ .
8001 ____   JUDGMENT IS ENTERED BY AGREEMENT FOR $7,657.36 VERSUS ____ GERMAN LUNA JR & ____ .
9207 ____   IT BEING FURTHER AGREED THAT INSTALLMENT PAYMENTS BE MADE AS FOLLOWS:
           _____ PER _____ BEGINNING _____ UNTIL $7,657.36 PLUS COSTS IS PAID.
4285 ____   VACATE INSTALLMENT ORDER OF _____ IS GRANTED, PRIOR JUDGMENT TO STAND.
4957 ____   VACATE DISMISSAL OF _____ IS GRANTED AND CASE IS REINSTATED,
9208 ____   THE COURT FINDS NO JUST REASON FOR DELAY IN ENFORCEMENT OR APPEAL OF THIS JUDGMENT.
( ) ____   STRIKE STATUS___PROVE-UP_____ TRIAL___ DATE OF _____ .
( ) ____   PLAINTIFF TO SEND NOTICE OF FUTURE COURT DATE/ DOCUMENTATION TO DEFENDANT.
( ) ____   DEFENDANT ADVISES THE COURT HE/SHE MAY FILE FOR BANKRUPTCY BUT HAS NOT RETAINED AN ATTORNEY.
( ) ____   BARRISTERS INVESTIGATIONS AND FILING SERVICE, INC., IS APPOINTED AS A SPECIAL PROCESS SERVER,
           REGISTRATION # 117-000883. – 815 N LARKIN AVE SUITE 202, JOLIET, IL 60435

ENTERED:

_____
JUDGE

Shindler & Joyce, ID # 27053
Attorney for Plaintiff
1990 E. Algonquin Rd., Suite 180
Schaumburg, IL 60173
(847) 537-1000



* Q 3 2 9 8 6 4 B 3 7 - 1 - *

**EXHIBIT H**

329864

Case: 1:16-cv-03039 Document #: 1-1 Filed: 03/10/16 Page 19 of 21 PageID #:36

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FOURTH MUNICIPAL DISTRICT

| | |
|---|---|
| Cavalry SPV I, LLC, as successor to Washington Mutual Bank | ) |
| Plaintiff, | )   Case No. 15-M4-001257 |
| | ) |
| V. | ) |
| | ) |
| GERMAN LUNA JR | ) |
| | )   Court Date:    OCT 0 5 2015 |
| Defendant | )   (21 to 40 days after date of issuance of summons) |
| | ) |
| And | ) |
| | ) |
| JP MORGAN CHASE, | ) |
| Respondent | ) |

### AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true.

1. I believe Respondent, JP MORGAN CHASE, is indebted to the judgment debtor, GERMAN JR, for wages due or to become due.
2. The last known address of the judgment debtor is: 1400 S 61ST CT , CICERO, IL 60804-1048.
3. I request that a summons issue directed to the employer.

### CERTIFICATE OF ATTORNEY

*Note: Non-Attorneys must also submit a copy of the underlying Judgment or a certification by the Clerk of the Court that entered the Judgment.*

1. Judgment in the above case was entered on: April 27, 2015
2. The amount of Judgment                 $7657.36
3. Allowable costs previously expended:
    a. Initial filing fee                   $247.00
    b. Original and alias summons        $60.00
    c. Filing and summons costs or prior supplementary proceedings    $0.00
4. Filing and summons cost for this garnishment     $86.62
5. Interest at 9% pursuant to statute           $177.48
6. TOTAL                             $8228.46
7. *Deduct*: Total amount paid by or on behalf of the
    Judgment debtor before this garnishment     $0.00
8. Balance due Judgment Creditor         $8228.46

SHINDLER & JOYCE          Signature: _____
Attorney for Plaintiff                 ATTORNEY FOR JUDGMENT CREDITOR
1990 E. Algonquin Rd., Suite 180
Schaumburg, IL 60173

                  ___ Keith Shindler     ARDC 6202882
                  ___ Michael Joyce     ARDC 6298460
                  ___ Evelina Maziarz    ARDC 6309634
                  _X_ Keith Barnstein    ARDC 6299044
                  ___ Jeffrey Miszczyszyn ARDC 6290259

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**EXHIBIT I**

EXHIBIT I

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Cavalry SPV I, LLC as successor to
Washington Mutual Bank

Line # 71

v.

No. 15 M4 001257

German Luna, Jr.

## ORDER

Defendant being represented by counsel only.

This matter having come before the Court, and the Court having been duly advised in the matter of Defendant's Motion to Quash Service and Strike Citation, IT IS HEREBY ORDERED THAT:

1) Defendant's Motion to Quash Service and Strike Citation is granted.

2) The Ex-Parte Judgment of April 27, 2015 is hereby vacated based on inefficient service.

3) The Wage Deduction Order/Turnover Order of October 5, 2015 is quashed

4) Garnished funds in the amount of $1500.00, as of the date of this Order, shall be returned to Defendant by December 28, 2015. Funds shall be returned by check made payable to Defendant's counsel "The Law Office of Robert W. Harris, P.C. — trust account".

Atty. No.: 52128

Name: The Law Office of Robert W. Harris PC    ENTERED:

Atty. for: Defendant

Address: 33 N. Dearborn, Ste. 400

City/State/Zip: Chicago IL 60602

Telephone: 312-600-8466

ENTERED
JUDGE STANLEY L. HILL -2040

DEC 07 2015

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY