# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GERMAN LUNA, JR.

V.

CAVALRY SPV I, LLC and CAVALRY PORTFOLIO SERVICES, LLC and LAW OFFICE OF KEITH S. SHINDLER, LTD. d/b/a THE SHINDLER LAW FIRM d/b/a SHINDLER AND JOYCE

CASE NUMBER: 2016-cv-03039

ASSIGNED JUDGE: John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Mary Rowland

TO: (Name and address of Defendant)

Cavalry SPV I, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Harrer
The Law Office of Robert W. Harrer, P.C.
111 W. Washington St., Suite 1360
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK



April 11, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action   *Luna v. Cavalry et al. - Service on Cavalry*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/13/16 |
| NAME OF SERVER (PRINT) Rob Harrer | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand delivered. Served on registered agent CT Corporation System 208 S. LaSalle St., Suite 814, Chicago, IL 60604. Received by Kimberly Hightower.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/13/16     *Robert W. Harrer*
             Date         Signature of Server

             111 W. Washington St. Suite 1360 Chicago, IL 60602
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.